```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

| | |
|---|---|
| **EARNEST LEE WALKER, SR.,** | \* |
| | \* |
|    Plaintiff, | \* |
| | \* |
| vs. | \*  CIVIL ACTION NO.16-00175-KD-B |
| | \* |
| **CARTER DAVENPORT,** *et al.*, | \* |
| | \* |
|    Defendants. | \* |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is **DENIED.**

DONE this 7th day of July 2016.

                                                 s/ Kristi K. DuBose
                                               **KRISTI K. DuBOSE**
                                               **UNITED STATES DISTRICT JUDGE**